IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION | ) ) ) | MDL NO. 2567 |
| | ) | Master Case No. 14-02567 |
| ALL ACTIONS | | |

## DECLARATION OF GAITHER M. KEENER, JR.

I, Gaither M. Keener, Jr., make the following declaration:

1. I make this declaration based on personal knowledge, and I am competent to testify to the facts set forth herein.

2. I am the Chief Legal Officer, Chief Compliance Officer and Secretary of Lowe's Companies, Inc. ("Lowe's"). Lowe's is a Fortune 100 home improvement company serving approximately 15 million customers a week in the United States, Canada, and Mexico. With fiscal year 2013 sales of $53.4 billion, Lowe's has more than 1,830 home improvement and hardware stores (nearly 1,800 of which are in the United States) and 260,000 employees. Founded in 1946 and based in Mooresville, North Carolina, Lowe's is the second-largest home improvement retailer in the world.

3. Among many other things, Lowe's is one of the largest resellers of pre-filled propane tanks purchased from one of the defendants in these actions, which it carries at most, if not all, of its stores nationwide. Therefore, Lowe's is one of the most damaged victims of the defendants' alleged conspiracy to violate the antitrust laws. For that reason, Lowe's intends to carefully follow this class action and to evaluate its progress.

4. Although no final decision will be made until the appropriate time in the

1

litigation, if we have confidence in class counsel, we would expect to stay in the class.

5. Lowe's confidence in the interim lead counsel for the class will play an important role in its ultimate decision whether to stay in the class or opt out.

6. I understand that the Court is presently considering an application to serve as interim co-lead counsel from Boies, Schiller & Flexner LLP and Hausfeld LLP, with Walters Bender Strohbehn & Vaughan as liaison counsel.

7. Without intending to criticize any other applicants, I respectfully wish to inform the Court that based on our prior experience with outside counsel in class actions and after consultation with our national counsel, Lowe's has great confidence in and supports the appointment of Boies, Schiller & Flexner LLP and Hausfeld LLP, with Walters Bender Strohbehn & Vaughan as liaison counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21 day of November, 2014.

_____
Gaither M. Keener, Jr.