# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: PRE-FILLED PROPANE TANK ANTIRUST LITIGATION | ) ) ) ) ) | MDL No. 2567 <br><br> Master Case No. 14-02567-MD-W-GAF |
| INDIRECT PURCHASER ACTIONS | ) | |

## FIFTH AMENDED SCHEDULING ORDER

Before the Court is the parties' joint motion to amend the scheduling order, in which the parties state they have agreed on the form of this order based on the Court's direction at the August 19, 2020 telephonic conference (Doc. # 465). The Court hereby GRANTS the motion and orders that the Fourth Amended Scheduling Order (Doc. # 423) is amended as follows:

| Scheduled Event | Deadline |
|---|---|
| Close of Limited Written Discovery | October 12, 2020 |
| Close of Deposition Discovery (for parties and third parties, including any Rule 45 deposition and/or document subpoenas) | October 12, 2020 |
| Class Certification Briefing | Motion: October 26, 2020<br><br>Opposition: January 20, 2021<br><br>Reply: March 1, 2021<br><br>Hearing: [April 13, 2021 at 1:30 pm, or as otherwise convenient for the Court] |

The Fourth Amended Scheduling Order (Doc. 423) remains operable unless specifically amended herein.

**IT IS SO ORDERED.**

                                                          s/ Gary A. Fenner
                                                          GARY A. FENNER, JUDGE
                                                          UNITED STATES DISTRICT COURT

DATED: August 31, 2020