IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **IN RE PRE-FILLED PROPANE TANK ANTITRUST LITIGATION** <br><br> **INDIRECT PURCHASER ACTIONS** | **MDL No. 2567** <br><br> **MASTER CASE NO. 14-02567-MD-W-GAF** |

**PLAINTIFFS' RESPONSE TO DOLLAR GENERAL'S MOTION TO INTERVENE**

On February 2, 2021, non-party Dollar General Corporation filed a Motion to Intervene in the above-captioned case "for the sole purpose of filing a motion to seal highly confidential, proprietary business data produced by Dollar General pursuant to a subpoena issued in this case." Doc. 504 at 1.

Plaintiffs submit this Response to inform the Court that they do not oppose Dollar General's Motion to Intervene for the limited purpose Dollar General identifies. Plaintiffs take no position as to whether the data Dollar General produced in response to the subpoena should be sealed or meets the applicable standard for maintaining materials under seal.

Dated: February 4, 2021

Respectfully submitted,

By: */s/ Barrett J. Vahle*

Norman E. Siegel, MO #44378
Barrett J. Vahle, MO #56674
Curtis Shank, MO #66221
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101
Email: siegel@stuevesiegel.com
vahle@stuevesiegel.com
shank@stuevesiegel.com

Robert B. Carey
Leonard W. Aragon
John M. DeStefano
**HAGENS BERMAN SOBOL SHAPIRO LLP**
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: rob@hbsslaw.com
leonard@hbsslaw.com
johnd@hbsslaw.com

Stuart M. Paynter
Jennifer L. Murray
**THE PAYNTER LAW FIRM PLLC**
1200 G Street N.W., Suite 800
Washington, DC 20005
Telephone: (202) 626-4487
Facsimile: (866) 734-0622
Email: stuart@paynterlaw.com
jmurray@paynterlaw.com

*Lead Counsel for Indirect Purchaser Plaintiffs*