# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: PRE-FILLED PROPANE TANK ANTIRUST LITIGATION | ) ) ) ) ) | MDL No. 2567 <br> Master Case No. 14-02567-MD-W-GAF |
| INDIRECT PURCHASER ACTIONS | ) | |

## ORDER GRANTING DIRECT PURCHASER PLAINTIFF'S MOTION FOR APPROVAL OF ADMINISTRATIVE COSTS

Having considered the pending Motion for Approval of Administrative costs (Doc. # 501), the same is hereby GRANTED.

WHEREAS Direct purchaser plaintiffs Morgan Larson LLC, Johnson Auto Electric, Inc., Speed Stop 32, Inc., and Yocum Oil Company, Inc. ("Plaintiffs") have respectfully requested that this Court approve additional costs and fees of Claims Administrator, JND Legal Administration (*Id.*);

WHEREAS, this Court previously ordered, "To the extent JND reasonably and necessarily incurs additional such costs and fees in administrating the Settlement Agreements following this final approval Order, Plaintiffs are directed to move this Court for reimbursement of any such fees and costs if and when they are incurred and documented by JND";

WHEREAS, this Court has reviewed and considered Plaintiffs' Motion for Approval of Administrative Costs and exhibits attached thereto, including invoices of JND Legal Administration, and have applied for an order approving these additional costs;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. Claims Administrator JND Legal Administration has incurred $45,399.61 in additional administrative fees and costs in administering the Settlement Agreements following this

1

Court's final approval Order. The Court finds these administrative fees and costs reasonable and necessarily incurred in order to effectuate the Settlement Agreements and provide relief to the Settlement Class, and thus approves and orders payment of $45,399.61 from the Settlement Fund to JND Legal Administration as reimbursement for these additional administrative fees and costs.

**IT IS SO ORDERED.**

s/ Gary A. Fenner  
GARY A. FENNER, JUDGE  
UNITED STATES DISTRICT COURT

DATED: February 16, 2021