# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| IN RE:  PRE-FILLED PROPANE TANK ANTITRUST LITIGATION | ) ) ) ) | MDL NO. 2567 |
| | ) | Master Case No. 14-02567-MD-W-GAF |
| _____ | ) ) | |
| This Document Relates To: Indirect Purchaser Actions | ) ) ) | |
| _____ | ) | |

### DISMISSAL AND ENTRY OF FINAL JUDGMENT AS TO PLAINTIFFS' CLAIMS AGAINST FERRELLGAS PARTNERS, L.P. AND FERRELLGAS, L.P. PURSUANT TO RULE 41(a)

Now before the Court is the parties' Joint Motion for Entry of Dismissal and Final Judgment as to Plaintiffs' Claims against Ferrellgas Partners, L.P. and Ferrellgas, L.P. pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  (Doc. # 636).  The Court having reviewed the Joint Motion hereby directs entry of Final Judgment under Rule 41 in the *Orr* and *Ortiz* actions.[1] This Court hereby dismisses on the merits and with prejudice all remaining claims of Plaintiffs in the *Orr* and *Ortiz* actions, with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED:  June 1, 2022

---

[1] Dkt. Nos. 14-md-2567, 14-cv-00917, 16-cv-00809.

1